```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 20-00542-RNO
Kathy Koch                                                               Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 2                   Date Rcvd: Feb 13, 2020
                              Form ID: ntgen               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +Kathy Koch,    124 Mountain View Drive,     Jersey Shore, PA 17740-8524
5301452        +ABSC Recovery,    3189 Princeton Road,    Suite 217,    Hamilton, OH 45011-5338
5301411        +Altus GTS Inc,    2400 Veterans Memorial Blvd.,     Suite 300,    Kenner, LA 70062-8725
5301394       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,     El Paso, TX 79998)
5301412        +Backyard Prodcasting,    1685 Four Mile Drive,    Williamsport, PA 17701-1975
5301413        +BestLine Leasing,    2582 Gateway Drive,    State College, PA 16801-3019
5301395       ++CAINE & WEINER COMPANY,     12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:   Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
5301416        +Cambece Law,    200 Cummings Center,    Suite 173 D,    Beverly, MA 01915-6190
5301444         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5301396        +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
5301418        +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
5301399        +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
5301423        +Empire Solutions,    7406 Route 98,    Arcade, NY 14009-9713
5301451        +Energex,    95 Energex Drive,   Mifflintown, PA 17059-7748
5301400        +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
5301401        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5301448         On Deck Capital, Inc.,    101 West Colfax Ave.,    Floor 9,    Denver, CO 80123
5301437        +Szabo Assoc.,    3355 Lenox Road NE,    Suite 945,    Atlanta, GA 30326-1395
5301454        +The Muncy Bank and Trust Company,    c/o Tina Hopple, Loan Assistant,     2 North Main Street,
                 Muncy, PA 17756-1000
5301438        +Tim & Doreen Stickles,    9845 North Route 220 Highway,     Jersey Shore, PA 17740-7893
5301407        +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
5301442         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
5301440        +Williamsport Sun Gazette,    252 West 4th Street,    Williamsport, PA 17701-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5301450        +E-mail/Text: mnapoletano@ars-llc.biz Feb 13 2020 19:36:47      Ability Recovery Service,
                 PO Box 4031,    Wyoming, PA 18644-0031
5301443         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 19:46:22      CACH, LLC,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
5301419        +E-mail/Text: documentfiling@lciinc.com Feb 13 2020 19:36:04      Comcast,    Po Box 3001,
                 Southeastern, PA 19398-3001
5301446         E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 19:36:21
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
5301397        +E-mail/Text: electronicbkydocs@nelnet.net Feb 13 2020 19:36:30      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
5301409         E-mail/Text: mrdiscen@discover.com Feb 13 2020 19:36:06      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5301398        +E-mail/Text: mrdiscen@discover.com Feb 13 2020 19:36:06      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
5301424        +E-mail/Text: collections@e-hps.com Feb 13 2020 19:36:08      Heartland Payment Systems,
                 1 Heartland Way,    Jeffersonville, IN 47130-5870
5301426        +E-mail/Text: cio.bncmail@irs.gov Feb 13 2020 19:36:14      Internal Revenue Service,
                 Insolvency Unit,    POB 628,   Pittsburgh, PA 15230
5301402        +E-mail/Text: bncnotices@becket-lee.com Feb 13 2020 19:36:11      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5301456        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 19:46:22      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
5301455         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 19:47:06      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5301403         E-mail/Text: camanagement@mtb.com Feb 13 2020 19:36:19      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
5301441         E-mail/Text: camanagement@mtb.com Feb 13 2020 19:36:19      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5301404        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2020 19:36:27      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5301445        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2020 19:36:27      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5301453        +E-mail/Text: bankruptcy@ondeck.com Feb 13 2020 19:36:47      On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
5301432        +E-mail/Text: bankruptcy@ondeck.com Feb 13 2020 19:36:48      OnDeck Capital Inc.,
                 1400 Broadway,    New York, NY 10018-5300
5301433         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 19:36:25      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
5301447         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:47:40
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5301405        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:46:56
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0314-4            User: AutoDocke            Page 2 of 2              Date Rcvd: Feb 13, 2020
                                Form ID: ntgen             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5301435        +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:47:38      SYNCB,    PO BOX 965015,
                 Orlando, FL 32896-5015
5301406        +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:52      Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
5301408        +E-mail/Text: electronicbkydocs@nelnet.net Feb 13 2020 19:36:30
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
5301414*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
5301415*      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:  Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
5301417*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
5301420*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
5301421*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
5301422*       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5301425*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
5301427*       +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
5301428*       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5301429*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5301430*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:  M & T Bank,     1 Fountain Plz,    Buffalo, NY 14203)
5301431*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5301434*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5301436*       +Syncb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
5301439*       +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
5301410       ##+AIP Solutions,    9449 N 90th Street Suite 201,    Scottsdale, AZ 85258-5037
                                                                                    TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Kathy  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Kathy Koch <br><br> **Debtor 1** | Chapter: 13 <br><br> Case number: 4:20–bk–00542–RNO <br><br> Document Number: 74 <br><br> Matter: Order Severing Case and Amended Order |
| **Notice** | |

NOTICE is hereby given that:

An Order was entered on 2/11/20 severing this debtor from case number 4–17–bk–00254–RNO. The case was severed for the administrative purpose of recording information which applies to only one of the parties on the joint petition.

The new bankruptcy case number for the above–referenced debtor is 4:20–bk–00542–RNO . Please make a note of the new case number for your records. This case number should be consulted for any future activity pertaining to this debtor.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes–Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570–831–2500/717–901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 13, 2020 |

ntgen(05/18)