```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00542-RNO
Kathy Koch                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke          Page 1 of 1           Date Rcvd: Feb 13, 2020
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db              +Kathy Koch,    124 Mountain View Drive,    Jersey Shore, PA 17740-8524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Kathy   Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 4:20-bk-000542-RNO |
|---|---|---|
| **Kathy Koch,** | : | |
| | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Kathy Koch** | : | |
| **Movant** | : | |
| vs: | : | |
| **No Respondents** | : | |

## ORDER

**AND NOW,** upon consideration of the within MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7, it is hereby ordered and directed as follows:

1. This case of Kathy Koch is hereby converted from a case under Chapter 13 to a case under Chapter 7.
2. The present Trustee is hereby discharged.

Dated: February 13, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge   BI