```
                           United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 20-00542-RNO
Kathy Koch                                                              Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 2              Date Rcvd: Jul 08, 2020
                              Form ID: 318                 Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Kathy Koch,    124 Mountain View Drive,    Jersey Shore, PA 17740-8524
5301452        +ABSC Recovery,    3189 Princeton Road,    Suite 217,    Hamilton, OH 45011-5338
5301411        +Altus GTS Inc,    2400 Veterans Memorial Blvd.,    Suite 300,    Kenner, LA 70062-8725
5301412        +Backyard Prodcasting,    1685 Four Mile Drive,    Williamsport, PA 17701-1975
5301413        +BestLine Leasing,    2582 Gateway Drive,    State College, PA 16801-3019
5301395       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
5301416        +Cambece Law,    200 Cummings Center,    Suite 173 D,    Beverly, MA 01915-6190
5301423        +Empire Solutions,    7406 Route 98,    Arcade, NY 14009-9713
5301451        +Energex,   95 Energex Drive,    Mifflintown, PA 17059-7748
5301400        +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
5301401        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5301448         On Deck Capital, Inc.,    101 West Colfax Ave.,    Floor 9,    Denver, CO 80123
5301437        +Szabo Assoc.,    3355 Lenox Road NE,    Suite 945,    Atlanta, GA 30326-1395
5301454        +The Muncy Bank and Trust Company,    c/o Tina Hopple, Loan Assistant,    2 North Main Street,
                 Muncy, PA 17756-1000
5301438        +Tim & Doreen Stickles,    9845 North Route 220 Highway,    Jersey Shore, PA 17740-7893
5301407        +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
5301442         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
5301440        +Williamsport Sun Gazette,    252 West 4th Street,    Williamsport, PA 17701-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5301450        +E-mail/Text: mnapoletano@ars-llc.biz Jul 08 2020 19:38:00     Ability Recovery Service,
                 PO Box 4031,    Wyoming, PA 18644-0031
5301394         EDI: BANKAMER.COM Jul 08 2020 23:38:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
5301443         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09      CACH, LLC,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
5301444         EDI: BL-BECKET.COM Jul 08 2020 23:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5301418        +EDI: CITICORP.COM Jul 08 2020 23:38:00      Citibank,    701 East 60th Street N,
                 Sioux Falls, SD 57104-0493
5301419        +EDI: COMCASTCBLCENT Jul 08 2020 23:38:00      Comcast,    Po Box 3001,
                 Southeastern, PA 19398-3001
5301446         EDI: Q3G.COM Jul 08 2020 23:38:00      Department Store National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
5301397        +E-mail/Text: electronicbkydocs@nelnet.net Jul 08 2020 19:37:50      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
5301409         EDI: DISCOVER.COM Jul 08 2020 23:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
5301398        +EDI: DISCOVER.COM Jul 08 2020 23:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
5301399        +EDI: TSYS2.COM Jul 08 2020 23:38:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5301424        +E-mail/Text: collections@e-hps.com Jul 08 2020 19:37:42      Heartland Payment Systems,
                 1 Heartland Way,    Jeffersonville, IN 47130-5870
5301426         EDI: IRS.COM Jul 08 2020 23:38:00      Internal Revenue Service,    Insolvency Unit,    POB 628,
                 Pittsburgh, PA 15230
5301396         EDI: JPMORGANCHASE Jul 08 2020 23:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
5301402        +E-mail/Text: bncnotices@becket-lee.com Jul 08 2020 19:37:42      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5301456        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:18      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
5301455         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:27      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5301403         E-mail/Text: camanagement@mtb.com Jul 08 2020 19:37:44      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
5301441         E-mail/Text: camanagement@mtb.com Jul 08 2020 19:37:44      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5301404        +EDI: MID8.COM Jul 08 2020 23:38:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
5301445        +EDI: MID8.COM Jul 08 2020 23:38:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5301453        +E-mail/Text: bankruptcy@ondeck.com Jul 08 2020 19:38:02      On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
5301432        +E-mail/Text: bankruptcy@ondeck.com Jul 08 2020 19:38:02      OnDeck Capital Inc.,
                 1400 Broadway,    New York, NY 10018-5300
5301433         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2020 19:37:45      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
5301447         EDI: PRA.COM Jul 08 2020 23:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5301405        +EDI: PRA.COM Jul 08 2020 23:38:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
5301435        +EDI: RMSC.COM Jul 08 2020 23:38:00      SYNCB,    PO BOX 965015,    Orlando, FL 32896-5015
```

```
District/off: 0314-4          User: AutoDocke            Page 2 of 2             Date Rcvd: Jul 08, 2020
                              Form ID: 318               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5301406        +EDI: RMSC.COM Jul 08 2020 23:38:00      Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
5301408        +E-mail/Text: electronicbkydocs@nelnet.net Jul 08 2020 19:37:50
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    Lincoln, NE 68508-1911
                                                                                                TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,   Greenville, SC  29603-0587
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
5301414*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
5301415*       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365)
5301420*       +Dept Of Education/neln,    121 S 13th St,   Lincoln, NE 68508-1904
5301421*       +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
5301422*       +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
5301425*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
5301417*       ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: Chase Card,    Po Box 15298,   Wilmington, DE 19850)
5301427*       +Jersey Shore State Ban,    300 Market St,   Williamsport, PA 17701-6374
5301428*       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5301429*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5301430*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,    1 Fountain Plz,   Buffalo, NY 14203)
5301431*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5301434*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5301436*       +Syncb/sams Club,    Po Box 965005,   Orlando, FL 32896-5005
5301439*       +Torres Credit Srv,    27 Fairview St Ste 301,   Carlisle, PA 17015-3200
5301410      ##+AIP Solutions,    9449 N 90th Street Suite 201,    Scottsdale, AZ 85258-5037
                                                                                TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Kathy  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kathy Koch<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2130<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:20–bk–00542–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathy Koch

7/8/20

**By the court:** *Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**